IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


UNITED STATES OF AMERICA


V.                                                                    CRIMINAL NO.  3:07cr20-DCB-JCS


RUSSELL KEYES


## AGREED ORDER


THIS CAUSE came on for consideration of the defendant's *ore tenus* motion, with the

agreement of the Government, for the entry of an Order directing that the defendant, Russell

Keyes, being charged with violation of Section 287, Title 18, United States Code, be provided

with a mental health examination in accordance with the provisions of Sections 4241, 4242 and

4247, Title 18, United States Code, in that there is reasonable cause to believe that the defendant

may presently be suffering from a mental disease or defect rendering him mentally incompetent

to the extent that he is unable to understand the nature and consequences of the proceedings

against him or to assist properly in his defense.

IT IS, THEREFORE, ORDERED that pursuant to the provision of Section 4241 and

4247, Title 18, United States Code, a mental health examination is to be conducted.  Because the

defendant is out on bond, defense counsel is hereby ordered to make arrangements with a local

doctor to perform the evaluation not the Bureau of Prisons.  Following such a mental health

examination, a report is to be prepared, filed with the Court, with copies provided to counsel for

the defendant and the attorney for the Government, such report to include the defendant's history

and present symptoms; a description of the mental health examination tests that were

administered and their results; the examiner's findings; the examiner's opinions as to diagnosis,

prognosis, and whether the defendant is suffering from a mental disease or defect rendering him

mentally incompetent to the extent he is unable to understand the nature and consequences of the

proceedings against him or to properly assist in his defense; whether the defendant was insane at

the time of the offense charged; and in the event the defendant is convicted of this charge, any

recommendation the examiner may have as to how the mental condition of the defendant should

affect a sentence to be imposed, if any.

  IT IS FURTHER ORDERED that the period of delay caused by this continuance be

excluded from the computation of time in this case pursuant to the Speedy Trial Act (18 U.S.C. §

3161, et seq.).

  SO ORDERED this the  29th  day of   June  , 2007.


             s/ David Bramlette
            UNITED STATES DISTRICT COURT JUDGE

AGREED:


  s/ Gerald M. Abdalla
GERALD M. ABDALLA
Assistant U.S. Attorney


  s/ Abby W. Brumley
ABBY W. BRUMLEY
Assistant Federal Public Defender