IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

v.    CRIMINAL NO. 3:07cr20DCB-JCS

RUSSELL E. KEYES

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 2, 3 and 4 of the Criminal Indictment against the defendant, RUSSELL E. KEYES, without prejudice.

DUNN LAMPTON
United States Attorney

Date: October 30, 2007

By:   s/ *Gerald M. Abdalla, Jr.*
GERALD M. ABDALLA, JR.
Assistant U.S. Attorney
Mississippi Bar No. 33907

Leave of Court is granted for the filing of the foregoing dismissal of Counts 2, 3 and 4

ORDERED this 5th day of November, 2007.

s/ David Bramlette
UNITED STATES DISTRICT JUDGE